IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOHN SAM RICKS, JR., and BRENDA RICKS )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ARMSTRONG INTERNATIONAL, INC., et al. )<br>)<br>Defendants. ) | EDNC File No. 4:14-CV-00037-BO |

## ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

This cause being heard by the undersigned Judge on motion of Brenda Ricks as Personal Representative of the Estate of John Sam Ricks, Jr., deceased, to be substituted as plaintiff; and it appearing to the Court that John Sam Ricks, Jr. is deceased and that Brenda Ricks is the duly qualified, appointed and acting Personal Representative of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

IT IS ORDERED that Brenda Ricks as Personal Representative of the Estate of John Sam Ricks, Jr., deceased, is hereby substituted as plaintiff and that the substitution shall be hereafter shown in the title to this action.

This the 29 day of December, 2014.

_____
Judge Presiding