IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION

JOHN SAM RICKS, JR. and BRENDA RICKS,

    Plaintiffs,

vs.

ARMSTRONG INTERNATIONAL, INC., et al.,

    Defendants.

C/A No. 4:14-CV-00037-BO

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice [Doc. 156].

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion [Doc. 156] is GRANTED, and all of the Plaintiffs' claims against the Defendant Union Carbide Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
United States District Court Judge