IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14-CV-00037-BO

| | |
|---|---|
| Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr., Deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| Armstrong International, Inc., et al., | ) ) |
| Defendants. | ) ) |

ORDER OF DISMISSAL OF DEFENDANT AURORA PUMP COMPANY

THIS MATTER is before the Court, with the consent and approval of parties, to dismiss the captioned Plaintiffs' claims against only Defendant Aurora Pump Company, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED, that the claims of Plaintiff Brenda Ricks, Personal Representative of the John Sam Ricks, Jr., Deceased against Defendant Aurora Pump Company, are hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 21 day of January, 2015.

Terrence Boyle
United States District Court Judge