IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14-CV-00037-BO

| | |
|---|---|
| Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr., Deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| Armstrong International, Inc., et al., | ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL OF DEFENDANT PFIZER, INC.

THIS MATTER is before the Court, with the consent and approval of parties, to dismiss the captioned Plaintiffs' claims against only Defendant Pfizer, Inc., pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED, that the claims of Plaintiff Brenda Ricks, Personal Representative of the John Sam Ricks, Jr., Deceased against Defendant Pfizer, Inc., are hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this _21_ day of _January_, 2015.

_Terrence Boyle_
United States District Court Judge