UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
4:14-cv-00037

Brenda Ricks, Personal Representative of the Estate of )
John Sam Ricks, Jr., Deceased, )
                                                                                                 )
      Plaintiffs, )
                            )
v. )
                            )
Armstrong International, Inc., *et al.*, )
                            )
      Defendants. )

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant IMO Industries, Inc.

For the reasons stated in the Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion is **GRANTED**, and the claims of the Plaintiff Brenda Ricks, individually and as personal representative of the Estate of John Sam Ricks, Jr., against Defendant IMO Industries, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs. To the extent that any cross-claims by or against Defendant IMO Industries, Inc. exist, those cross-claims are also hereby dismissed.

**IT IS SO ORDERED**.

Signed: January 21, 2015.

_____
U.S. District Court Judge