IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

BRENDA RICKS, Personal Representative of )
the Estate of JOHN SAM RICKS, JR., )
Deceased, )
                                         )
              Plaintiffs, )   CASE NO. 4:14-cv-00037-BO
                                         )
      v. )
                                           )
ARMSTRONG INTERNATIONAL, INC., )
et al., )
                                         )
              Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice [Doc. 192].

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion to Dismiss without Prejudice [Doc. 192] is GRANTED, and all of the Plaintiffs' claims, in her capacities both individually and as the Personal Representative of the Estate of John Sam Ricks, Jr., deceased, against the Defendant Hopeman Brothers, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

                                                         _____
                                                         United States District Court Judge