UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOHN SAM RICKS, JR. and BRENDA RICKS, <br><br> Plaintiffs, <br><br> vs. <br><br> ARMSTRONG INTERNATIONAL, INC., et al, <br><br> Defendants. | CIVIL ACTION <br> CASE NO. 4:14-cv-00037-BO |

## **ORDER**

THIS MATTER is before the Court on the Joint Motion to Dismiss Plaintiffs' claims, without prejudice, against Defendant FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST (sued as successor to FELT- PRODUCTS MANUFACTURING CO.) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [DOC. 200]. There being no opposition, the motion is ALLOWED.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims against Defendant FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST (sued as successor to FELT- PRODUCTS MANUFACTURING CO.) in this matter are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

This the _10_ day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE