IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BRENDA RICKS, Individually and Personal Representative of the Estate of JOHN SAM RICKS, JR., Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>ARMSTRONG INTERNATIONAL, INC., et al.,<br><br>Defendants. | EDNC Case No.: 4:14-CV-37-BO |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant Honeywell International Inc.

For the reasons stated in the Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion is **GRANTED,** and the claims of the Plaintiff Brenda Ricks, individually and as personal representative of the Estate of John Sam Ricks, Jr., against Defendant Honeywell International Inc. are hereby **DISMISSED WITHOUT PREJUDICE,** each party to bear their own costs. To the extent that any cross-claims by or against Defendant Honeywell International Inc. exist, those cross-claims are also hereby dismissed.

**IT IS SO ORDERED.**

Signed: *10 April*, 2015

_____
U.S. District Court Judge