IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. 4:14-CV-00037-BO

| | |
|---|---|
| BRENDA RICKS, Personal Representative of the Estate of JOHN SAM RICKS, JR., Deceased, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARMSTRONG INTERNATIONAL, INC., et al., )<br>)<br>Defendants. ) | **ORDER** |

THIS MATTER is before the Court upon motion by Plaintiff BRENDA RICKS and Defendant INGERSOLL RAND COMPANY to dismiss without prejudice all claims against INGERSOLL RAND COMPANY in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against INGERSOLL RAND COMPANY without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff BRENDA RICKS against Defendant INGERSOLL RAND COMPANY be dismissed without prejudice, and each party to bear its own costs.

This _10_ day of April, 2015.

Terrence W. Boyle
United States District Court Judge