IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO. 4:14-cv- 00037-BO

BRENDA RICKS, Personal Representative )
of the Estate of JOHN SAM RICKS, Jr., )
Deceased, )
)
      Plaintiff, )
)
v. )
)
ARMSTRONG INTERNATIONAL, INC., )
et al, )
)
      Defendants. )

## ORDER OF DISMISSAL OF DEFENDANT FLOWSERVE US, INC.

THIS MATTER is before the Court, with the consent and approval of the parties, to dismiss without prejudice the above-captioned Plaintiff's claims against only Flowserve US, Inc., solely as successor to Edward Valves, Inc., and as to no other defendant; and it appearing that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the claims in this civil action of Plaintiff, Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr., Deceased, against the defendant Flowserve US, Inc., solely as successor to Edward Valves, Inc., are hereby DISMISSED WITHOUT PREJUDICE, with each of the moving parties to bear their own costs.

SO ORDERED this 10 day of April, 2015.

TERRENCE W. BOYLE
United States District Court Judge