IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BRENDA RICKS, Personal Representative of the Estate of JOHN SAM RICKS, JR., Deceased, <br><br> Plaintiff, <br><br> v. <br><br> ARMSTRONG INTERNATIONAL, INC., et al., Including John Crane Inc. <br><br> Defendants. | Civil Action No. 4:14cv00037-BO <br><br><br> **ORDER** |

This matter was heard by the undersigned upon motion by Plaintiff, BRENDA RICKS, Personal Representative of the Estate of JOHN SAM RICKS, JR., Deceased, and Defendant JOHN CRANE INC., to dismiss without prejudice all claims against JOHN CRANE INC. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against JOHN CRANE INC. without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, BRENDA RICKS, Personal Representative of the Estate of JOHN SAM RICKS, JR., Deceased, against Defendant JOHN CRANE INC. be dismissed without prejudice, and each party to bear its own costs.

This the 10 day of April, 2015.

Terrence Boyle
United States District Judge