UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 4:14-CV-37 BO

Brenda Ricks, Personal Representative of )
the Estate of John Sam Ricks, Jr., Deceased, )
)
                Plaintiff, )
)
v. )
)
)
Armstrong International, Inc., et al. )
)
                Defendants. )
)

## ORDER OF DISMISSAL

THIS MATTER is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiff's claims against Defendant Sterling Fluid Systems (USA), LLC, f/k/a Peerless Pump Co., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED that the claims of Plaintiff, Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr., Deceased, against the Defendant, Sterling Fluid Systems (USA), LLC, f/k/a Peerless Pump Co., are hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own costs.

This the 10 day of April, 2015.

Terrence Boyle
United States District Court Judge