IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. 4:14cv37-BO

| | |
|---|---|
| **BRENDA RICKS, Personal Representative** of the Estate of **JOHN SAM RICKS, JR.**, | )<br>)<br>) |
| **Plaintiff.** | )<br>) |
| v. | )<br>) |
| **ARMSTRONG INTERNATIONAL, INC., ET AL** | )<br>)<br>) |
| **Defendants.** | )<br>) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiff's claims against Defendant Hobart Brothers Company pursuant to Rule 41(a)(2), Federal Rules of Civil procedure.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr. against the Defendant Hobart Brothers Company are hereby **DISMISSED WITHOUT PREJUDICE** each party to bear their own costs.

This __10__ day of __April__, 2015.

_Terrence Boyle_
United Stated District Court Judge