UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:14cv37-BO

| | |
|---|---|
| BRENDA RICKS, Personal Representative of the Estate of JOHN SAM RICKS, JR. ) ) ) Plaintiff, ) ) v. ) ) ARMSTRON INTERNATIONAL, INC., et al. ) ) Defendants. ) | ORDER |

THIS MATTER is before the court on the parties' Joint Motion to Dismiss Defendant William Powell Company. [Doc. ] Upon review of the parties' motion, IT IS, THEREFORE ORDERED that the parties' Joint Motion to Dismiss [Doc. ] is GRANTED, and the Plaintiffs' claims against Defendant William Powell Company, are hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED. This 10th day of April, 2015.

*[signature]*
United States District Judge