IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No. 4:14cv37-BO

BRENDA RICKS, Personal Representative of )
the Estate of JOHN SAM RICKS, JR., )
)
Plaintiff. )
)
v. )
)
ARMSTRONG INTERNATIONAL, INC., )
ET AL )
)
Defendants. )

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiff's claims against Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation") pursuant to Rule 41(a)(2), Federal Rules of Civil procedure.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr. against the Defendant CBS Corporation are hereby **DISMISSED WITHOUT PREJUDICE** each party to bear their own costs.

This _18_ day of _May_, 2015.

_____
United Stated District Court Judge

1240072