UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 4:14-CV-37 BO

| | |
|---|---|
| Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr., Deceased, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) ) |
| Armstrong International, Inc., et al. | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

THIS MATTER is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiff's claims against Defendant FMC Corporation (sued individually and as successor-in-interest to Peerless Pump Company), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED that the claims of Plaintiff, Brenda Ricks, Personal Representative of the Estate of John Sam Ricks, Jr., Deceased, against the Defendant, FMC Corporation (sued individually and as successor-in-interest to Peerless Pump Company), are hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own costs.

This the 18 day of May, 2015.

Terrence Boyle
United States District Court Judge