IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BRENDA RICKS, Personal Representative of the Estate of JOHN SAM RICKS, JR.<br><br>Plaintiffs,<br><br>v.<br><br>ARMSTRONG INTERNATIONAL, INC. et al.<br><br>Defendants. | (EDNC File No.4:14-cv-00037-BO) |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiffs' claims against only Defendant FORD MOTOR COMPANY pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant FORD MOTOR COMPANY, ONLY is hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

This is the __26__ day of __August__, 2015.

_Terrence W. Boyle_
U.S. District Court Judge